1  LAW OFFICES OF BARAK BERLIN
2  BARAK BERLIN (CASB No. 216115)
   Email: Barak@BerlinLawGroup.com
3  27349 Jefferson Ave, Ste 208
   Temecula, CA 92590
4  Telephone: (951) 296-6188
   Facsimile: (951) 296-6187

5  LAW OFFICES OF CRAIG FRIEDBERG
   CRAIG FRIEDBERG (CASB No. 127303)
6  Email: attcbf@cox.net
7  4760 South Pecos Road, Ste 103
   Las Vegas, NV 89121
8  Telephone: (702) 435-7968
   Facsimile: (702) 946-0887

9  Attorney for Plaintiffs

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| 14 | DAVID WEATHERSBY and JULIE WEATHERSBY, | CASE NO. 5:15-CV-00769 |
|---|---|---|
| 15 | | |
| 16 | Plaintiffs, | NOTICE OF DISMISSAL WITH PREJUDICE |
| 17 | vs. | |
| 18 | EMPIRE MEDIA MARKETING, LLC, EMPIRE MEDIA MARKETING II, ASSET RECOVERY BUREAU, LLC, ASSET RESEARCH BUREAU, TASHA GALLAGHER, and DOES 1-10, Inclusive | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |
| 23 | | |

24

25

26       Pursuant to F.R.C.P. 41(a)(1)(i), the Defendant named not having filed or

27  served an answer, motion for summary judgment or otherwise having appeared

28  herein; the Plaintiff in the above-entitled action as to the Defendant named

-1-
NOTICE OF DISMISSAL WITH PREJUDICE

requests, authorizes and directs the Clerk of Court to enter a judgment of dismissal with prejudice, each party to bear its/their own costs and attorney's fees.

Dated: July 17, 2015        **LAW OFFICES OF BARAK BERLIN**

/s/ Barak J. Berlin
BARAK J. BERLIN

**LAW OFFICES OF CRAIG FRIEDBERG**

/s/ Craig Friedberg
CRAIG FRIEDBERG

Attorneys for Plaintiffs
David and Julie Weathersby